EXHIBIT A

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>BASHAS' INC.,<br><br>BASHAS' LEASECO, INC.,<br><br>SPORTSMAN'S, LLC,<br><br>Debtors. | Chapter 11 Proceedings<br><br>**Case No. 2:09-bk-16050-JMM**<br>Case No. 2:09-bk-16051-JMM<br>Case No. 2:09-bk-16052-JMM<br><br>(Jointly Administered)<br><br>**AFFIDAVIT OF LARRY LATTIG IN SUPPORT OF THE APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF MESIROW FINANCIAL CONSULTING, LLC AS FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, *NUNC PRO TUNC* TO JULY 30, 2009** |

State of Arizona         )
                         ) ss
County of Maricopa       )

I, Larry Lattig, being duly sworn, depose and say:

1.  I am a Senior Managing Director of Mesirow Financial Consulting, LLC ("MFC"), a professional services firm engaged in the business of providing financial advisory and related professional consulting services. MFC is a wholly-owned subsidiary of Mesirow Financial Holdings, Inc., a diversified financial services firm which also offers investment management services, insurance services, investment services, investment banking and real estate services (collectively "Mesirow Financial"). I submit this affidavit on behalf of MFC in support of the application (the "Application")[1] of the Official Committee of Unsecured

---
[1] Capitalized terms used herein but not otherwise defined shall have those meanings set forth in the Application.

Creditors (the "Committee") appointed in the Chapter 11 cases of the above-captioned debtors and debtors-in-possession herein (the "Debtors"), for entry of an order, pursuant to sections 328, 1103(a) and 1103(b) of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1330, as amended (the "Bankruptcy Code"), Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and the Local Bankruptcy Rules for the District of Arizona (the "Local Bankruptcy Rules"), authorizing the retention and employment of MFC as financial advisors to the Committee *nunc pro tunc* to July 30, 2009. I have personal knowledge of the matters set forth herein, and if called as a witness, would testify competently thereto.[2]

## QUALIFICATIONS OF PROFESSIONALS

2. MFC is a firm offering financial advisory services to financially distressed and troubled companies.

3. The Committee has selected MFC as its financial advisors because of the firm's diverse experience and extensive knowledge in the field of bankruptcy.

4. The Committee needs assistance in collecting and analyzing financial and other information in relation to the Chapter 11 cases. The professionals of MFC have considerable experience with rendering such services to committees and other parties in numerous Chapter 11 cases. As such, MFC is qualified to perform the work required in these cases.

## SERVICES TO BE RENDERED

5. The Committee anticipates that MFC may render the following services in these cases:

    a. Assistance in the review of reports or filings as required by the Bankruptcy Court or the Office of the United States Trustee, including, but not limited to, schedules of assets and liabilities, statements of financial affairs and monthly operating reports;

---

[2] Certain of the disclosures herein relate to matters within the knowledge of other professionals at MFC.

b. Review of the Debtors' financial information, including, but not limited to, analyses of cash receipts and disbursements, financial statement items and proposed transactions for which Bankruptcy Court approval is sought;

c. Review and analysis of the reporting regarding cash collateral and any debtor-in-possession financing arrangements and budgets;

d. Evaluation of potential employee retention and severance plans;

e. Assistance with identifying and implementing potential cost containment opportunities;

f. Assistance with identifying and implementing asset redeployment opportunities;

g. Analysis of assumption and rejection issues regarding executory contracts and leases;

h. Review and analysis of the Debtors' proposed business plans and the business and financial condition of the Debtors generally;

i. Assistance in evaluating reorganization strategy and alternatives available to the creditors;

j. Review and critique of the Debtors' financial projections and assumptions;

k. Preparation of enterprise, asset and liquidation valuations;

l. Assistance in preparing documents necessary for confirmation;

m. Advice and assistance to the Committee in negotiations and meetings with the Debtors and the bank lenders;

n. Advice and assistance on the tax consequences of proposed plans of reorganization;

o. Assistance with the claims resolution procedures, including, but not limited to, analyses of creditors' claims by type and entity;

p. Litigation consulting services and expert witness testimony regarding confirmation issues, avoidance actions or other matters; and

q. Other such functions as requested by the Committee or its counsel to assist the Committee in these Chapter 11 cases.

6. Subject to this Court's approval of the Application, MFC is willing to serve as the Committee's financial advisors and to perform the services described above.

## DISINTERESTEDNESS OF PROFESSIONALS

7. Based upon information supplied by Committee counsel, MFC searched its records and certain records of Mesirow Financial[3] to identify any connection or relationship with the following entities:

    a. The Debtors and their affiliates;

    b. The Debtors' officers and directors;

    c. The equity shareholders known to own more than twenty percent (20%) of outstanding stock of the Debtors;

    d. The Debtors' major secured creditors;

    e. The Debtors' twenty (20) largest unsecured creditors;

    f. All members of the Committee;

    g. Counsel to the Committee; and

    h. Financial advisors and counsel to the Debtors and certain other parties-in-interest.

The names provided to MFC by the Committee's counsel are set forth in Exhibit I attached hereto and incorporated herein by reference.

8. Based upon the database search described above, MFC does not represent any other entity having an adverse interest in connection with these cases, and does not hold or represent an interest adverse to the interests of the estates with respect to the matter on which MFC will be employed, in accordance with section 328(c) and 1103(b) of the Bankruptcy Code.

9. MFC is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, given that, to the best of my information and belief, MFC:

---

[3] MFC does not intend to suggest that Bankruptcy Rule 2014 requires that a professional seeking retention under the Bankruptcy Code must disclose any connections that an *affiliate* of the professional may have to the creditors or other parties-in-interest in the bankruptcy case. Rather, out of an abundance of caution, MFC has searched certain portions of Mesirow Financial's database and made appropriate disclosures of relationships, with the exception of those relationships described in the section titled "Ethical Wall and Trading Wall Procedures."

a. is not a creditor, an equity security holder, or an insider of the Debtors;

b. is not and was not, within two years before the commencement of these Chapter 11 cases, a director, officer or employee of the Debtors; and

c. does not have an interest materially adverse to the interests of the estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors or for any other reason.

10. To the best of my knowledge, except as set forth herein and in Exhibit II attached hereto and incorporated herein by reference and subject to the limitations discussed herein, (a) MFC has no connections with the Debtors, creditors, and any other party-in-interest, or their respective attorneys and accountants; and (b) the MFC professionals working on this matter are not relatives of the United States Trustee of the District of Arizona or of any known employee in the office thereof, or any United States Bankruptcy Judge of the District of Arizona.

11. MFC, and in some cases Mesirow Financial, has in the past been retained by, and presently and likely in the future will provide services for, certain creditors of the Debtors, other parties-in-interest, and their respective attorneys and accountants in matters unrelated to such parties' claims against the Debtors or interests in these Chapter 11 cases. MFC currently performs or has previously performed such services for the entities listed in Exhibit II.

12. As part of its practice, MFC appears in many cases, proceedings, and transactions involving many different law firms, financial consultants, and investment bankers in matters unrelated to this bankruptcy. MFC has not identified any material relationships or connections with any law firm, financial consultant or investment banker involved in these Chapter 11 cases that would cause it to be adverse to the Debtors, the Debtors' estates, any creditor or any other party-in-interest, or that would otherwise affect MFC's judgment or ability to perform services for the Committee.

13. MFC has not provided, and will not provide, any professional services to the Debtors, any of the individual creditors, other parties-in-interest, or their respective attorneys and accountants with regard to any matter related to these Chapter 11 cases.

### ETHICAL WALL AND TRADING WALL PROCEDURES

14. Mesirow Financial has established an "Ethical Wall" between MFC and the other subsidiaries, divisions and units of Mesirow Financial. The Ethical Wall prohibits MFC from sharing confidential or non-public information concerning the Debtors and these cases with any other employees of Mesirow Financial. Likewise, the Ethical Wall prohibits any employees of Mesirow Financial from sharing confidential or non-public information concerning the Debtors and these cases with any employee of MFC. Mesirow Financial and MFC have informed all employees of the Ethical Wall procedures.

15. In addition to the Ethical Wall, Mesirow Financial has also established a "Trading Wall". In the ordinary course of business, Mesirow Financial, Inc. ("MFI"), Mesirow Financial's affiliated broker-dealer, may purchase or sell securities on a principal or agency basis. MFI also executes securities transactions on behalf of clients of introducing broker-dealers or unaffiliated investment advisors.[4] In the ordinary course of business, Mesirow Financial's affiliated investment advisor subsidiaries, together with MFI (collectively, the "Mesirow BD/IA Subsidiaries"), may purchase securities, sell securities and/or provide investment advice to retail or institutional clients on a non-discretionary or discretionary basis. The securities transacted by the Mesirow BD/IA Subsidiaries may include securities issued by the Debtors, creditors, stakeholders or other parties-in-interest in these cases ("Related Securities").

---

[4] MFI provides clearing services for introducing broker-dealers as well as custodial and execution services for unaffiliated investment advisors. In connection with these services, all investment decisions occur between the introducing broker-dealer and unaffiliated investment advisor and their respective clients.

16. Mesirow Financial has implemented certain "Trading Wall" procedures to ensure that information concerning transactions by the Mesirow BD/IA Subsidiaries in Related Securities, as well as other securities transactions by the Mesirow BD/IA Subsidiaries, will not be available to the employees of MFC. These Trading Wall procedures also permit the Mesirow BD/IA Subsidiaries to act in the best interest of their clients and in accordance with securities laws. The Mesirow BD/IA Subsidiaries are operated as separate and distinct subsidiaries from MFC. Mesirow Financial has informed the employees of the Mesirow BD/IA Subsidiaries and MFC of the Trading Wall procedures.

## PROFESSIONAL COMPENSATION

17. MFC's requested compensation for professional services rendered to the Committee will be based upon the hours actually expended by each assigned staff member at each staff member's hourly billing rate except as noted below. The Committee has agreed to compensate MFC for professional services rendered at its normal and customary hourly rates.

18. The rates included in this Affidavit are MFC's normal and customary rates for matters of this sort. In the normal course of business, MFC revises its hourly rates on April 1 of each year. MFC requests that the rates listed below be revised to the hourly rates that are in effect at the time the services are rendered. The current normal and customary hourly rates for the services to be rendered by MFC are as follows:

| Level | Hourly rates |
| --- | --- |
| Senior Managing Director, Managing Director and Director | $700-$750 |
| Senior Vice-President | $610-$670 |
| Vice President | $510-$570 |
| Senior Associate | $410-$470 |
| Associate | $220-$350 |
| Paraprofessional | $100-$195 |

7
2690724
Case 2:09-bk-16050-JMM    Doc 268-1    Filed 08/05/09    Entered 08/05/09 14:48:48
Desc Exhibit A    Page 7 of 16

19. Due to the circumstances and location of this engagement, MFC has agreed to cap our rates at $ 485 per hour.

20. MFC will also seek reimbursement for necessary expenses incurred, which shall include, but not be limited to, travel, photocopying, delivery service, postage, vendor charges and other out-of-pocket expenses incurred in providing professional services.

21. MFC intends to apply to the Court for the allowance of compensation for professional services rendered and reimbursement of expenses incurred in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules. MFC has agreed to accept as compensation such sums as may be allowed by the Court. MFC understands that interim and final fee awards are subject to approval by this Court.

22. In accordance with section 504 of the Bankruptcy Code, I hereby state that there is no agreement or understanding between MFC and any other entity for the sharing of compensation received or to be received for services rendered in connection with these cases.

23. This affidavit is provided in accordance with section 328(c) and 1103(b) of the Bankruptcy Code and Bankruptcy Rule 2014.

24. I have read the Application, and, to the best of my knowledge, information and belief, the contents of said Application are true and correct.

Larry Lattig
Senior Managing Director
2828 Routh Street, Suite 650.
Dallas, TX 75201

Sworn to and subscribed before me this 5th day of August, 2009



ALISON E. AMIOT
Notary Public, State of Texas
My Commission Expires 01-27-11

8

2690724

Case 2:09-bk-16050-JMM   Doc 268-1   Filed 08/05/09   Entered 08/05/09 14:48:48   Desc Exhibit A   Page 8 of 16

1    Notary Public
2    State of Texas
3    County of Dallas

# EXHIBIT I

This information is being provided in connection with the Affidavit of Larry Lattig in support of the Application for Order Authorizing the Retention and Employment of Mesirow Financial Consulting, LLC as Financial Advisors to the Official Committee of Unsecured Creditors. The following names were compared to MFC's client database and certain records in Mesirow Financial's client database to identify any connection or relationship:

A.N. John Basha, Jr.
Abbott Nutrition
Ace American Ins
Action Wine & Spirits USA
Aire Filter Products
Al Mendoza
All Brite Mobil Wash Inc.
All City Towing
Allied Fleet Products Inc.
Alternative Heavy Towing
AM PM Systems Arizona LLC
Amelio C Enterprises Inc.
American Refrigeration
Ameriquest
Andrew N. Basha
Andrew N. Basha Trust
Angelo T. Salmeri
Arizona Cutlery & Sharpening
Avalon Gourmet Inc.
B&A Trailer Specialtists Ltd.
Bank of America
Barbara A. Jefferson
Bargreen-Ellingson Inc.
Bashas' Leaseco, Inc.
Bashas', Inc.
Bashas' Grupo, LLC
Bashas' Leaseco, LLC
Beep B
Bethany East Partnership
Betts Truck Parts and Service
Bill Parker
Bimbo Bakeries USA Inc.

| | |
|---|---|
| 1 | Bingham McKutchen |
| 2 | BL Logistics, LLC |
| | Blazer Wilkinson LLC |
| 3 | Bob's Road Service |
| 4 | Bryan Cave |
| | Bunzl Dist. Phoenix |
| 5 | Butler Chemicals Inc. |
| | Byron Roberts |
| 6 | C&S Tires Inc. |
| 7 | Cactus Plaza |
| | Cam Commerce |
| 8 | Camelback East Shops |
| | Camille Basha Trust |
| 9 | Capmark Finance Inc. |
| 10 | Cardinal Health |
| | Carsmart Auto Touch Up |
| 11 | Chubb (Federal) |
| | Chuck Meegan |
| 12 | Cold Mountain Mechanical Inc. |
| 13 | Coliman Pacific Corp. |
| | Compass Bank |
| 14 | Conagra Foods Sales Inc. |
| 15 | Conrad Plomin |
| | Constance Basha Vitale Trust |
| 16 | Corte Freccia Plaza |
| | CP Company |
| 17 | David C. Basha Trust |
| 18 | David C. Basha Trust |
| | David Murdock |
| 19 | David R. Lang |
| | Davis Salvage Co. |
| 20 | Denise R. Brownell |
| 21 | Diamondback Wine & Spirits |
| | Diesel System Solutions Inc. |
| 22 | DLJ Produce Inc. |
| | Donald F. Felix, Sr. |
| 23 | Donald S. Adams |
| 24 | Duane N. Proulx |
| | Dye Carbonic |
| 25 | Ecolab Pest Elimination |
| | Edward N. Basha III Trust |
| 26 | Edward N. Basha, III |

| | |
|---|---|
| 1 | Edward N. Basha, Jr. Trust |
| 2 | Edward R. Felix |
| | Edward Saba |
| 3 | El Guapo Foods Corp. |
| | Eric K. Felix |
| 4 | European Imports Ltd. |
| 5 | Federal Express Corp. |
| | Fireman's Fund |
| 6 | Fleetpride Inc. |
| 7 | Freightliner Sterling Western |
| | Frito Lay Inc. |
| 8 | FTI Consulting |
| | G&K Services |
| 9 | General Mills Finance Inc. 2/16 |
| 10 | Georgia-Pacific Corp. |
| | Gerry Smith |
| 11 | Glazer's Wholesale Drug Co. Inc. |
| | Global |
| 12 | Grayhawk Produce Sales Inc. |
| 13 | Greg Salmeri |
| | Gregg Tucek |
| 14 | Hartford Life Insurance Company |
| | Hickmans Egg Ranch |
| 15 | High Chaparral Truck Repair |
| 16 | Hill Phoenix Inc. |
| | Hill Phoenix/Diehl Branch |
| 17 | Hobart Corporation |
| | Holsum Bakery Inc. |
| 18 | Home Depot Credit Services |
| 19 | Hosepower USA |
| | Integra Systems Corp. |
| 20 | Intelliquick Delivery |
| | Interstate Batteries |
| 21 | Investment in Basking Properties |
| 22 | James J. Buhr |
| | Jami Lowe |
| 23 | Jeremy M. Basha Trust |
| | Jim Clendenen |
| 24 | Johnny Basha Trust |
| 25 | Joshua C. Basha Trust |
| | Kalil Bottling Co,. |
| 26 | Karen Basha Rishwain Trust |

| | |
|---|---|
| 1 | Karen Rishwain |
| 2 | Kathleen Kolm |
|   | Kellogg Sales Co. |
| 3 | Kellogg Supply Inc. |
|   | KPMG |
| 4 | Kraft Foods Inc. 2/13 |
|   | LeCreuset of America |
| 5 | Lewis and Roca |
| 6 | Lubrication Equipment & Supply |
|   | Manny Lawrence Sales Inc. |
| 7 | Marquez Brothers Southwest Inc. |
| 8 | McCandless of Arizona |
|   | McGladrey & Pullen |
| 9 | Michael J. Basha |
|   | Michael J. Basha Trust |
| 10 | Michael J. Proulx |
| 11 | Mid-Pacific Industries Inc. |
|   | Midwest Employers |
| 12 | Mission Foods |
|   | Monica Schierbaum |
| 13 | Myers Tire Supply |
| 14 | Nabisco Biscuit Co. |
|   | Nadine Kay Mathis |
| 15 | National Beef Packing Co. |
|   | Nationwide Gourmet |
| 16 | Nestle USA Inc. 2/15 |
| 17 | Northern Life Insurance Company |
|   | Ocotillo Holdings, LLC |
| 18 | Oneonta Trading Corp. |
|   | Oroweat Foods Co. |
| 19 | Packerland Packing |
| 20 | Pepsi-Cola - Phoenix |
|   | Pepsi-Cola Bottling |
| 21 | PFS Distribution Corp. |
| 22 | Phoenix Coca-Cola Bottling Co. |
|   | Precision Drivelines of AZ, Inc. |
| 23 | Pruco Life Insurance Company |
| 24 | Prudential Retirement Insurance and Annuity Company |
| 25 | PTO Sales Corp. |
|   | Quail Distributing-Liq Prepaid |
| 26 | Quaker Foods and Beverage |

| | |
|---|---|
| 1 | Quench Fine Wines Ltd. |
| 2 | Qwest Choice TV & Online |
| | Ralph Woodward |
| 3 | Redburn Tire Co. |
| 4 | Reddy Ice |
| | Reliastar Life Insurance Company |
| 5 | Republic National/Dist. Co. LLC |
| | Richard Hamm |
| 6 | Robert Miller |
| 7 | Robert Ortiz |
| | Sanderson Farms Inc. |
| 8 | Sarah Farms |
| | Scott Tripplet |
| 9 | Scottsdale Mustard Co. |
| 10 | Service Associates |
| | Shamrock Foods |
| 11 | Simply Bread LLC |
| | Solid Comfort |
| 12 | Source Interlink Dist. LLC |
| 13 | Southern Wine & Spirits of ARI |
| | Southern Wine & Spirits of AZ |
| 14 | Southwest Diesel & Electric |
| | Southwestern Supply Co. Inc. |
| 15 | Southwind Foods LLC |
| 16 | Sportsman's, LLC |
| | Squire Sanders & Dempsey |
| 17 | Star Windshield |
| | Steve Wilamowsky |
| 18 | Sun River Partners |
| 19 | Sunbelt Capital |
| | Sunstate Equipment Corp. |
| 20 | Superstition Trailer LLC |
| | Swire Coca-Cola USA |
| 21 | The JM Smucker Company |
| 22 | The Lighthouse Inc. |
| 23 | The Prudential Insurance Company of America |
| 24 | The Salmeri Marital Trust |
| | The Standard Company |
| 25 | Thermo Fluids Inc. |
| | Thermo King West Inc. |
| 26 | Thomas E. Swanson |

| | |
|---|---|
| 1 | Thomas J. Dominick |
| 2 | Tim Mosier |
|   | Topco Associates LLC |
| 3 | Travelers |
|   | Turbo Auto Diesel Co. Inc. |
| 4 | Tyson Foods Inc. Net 14 |
| 5 | U.S. Food Service Inc. |
|   | Unilever Foods & HPC |
| 6 | United Food Group LLC |
|   | United Natural Foods West Inc. |
| 7 | United of Omaha Life Insurance Company |
| 8 | Utility Trailer Sales Co. of AZ |
| 9 | Vertis Inc. |
|   | Vilanueva & Co. |
| 10 | Wabash National Trailer Center |
|   | Watson Wyatt & Co. |
| 11 | Wells Fargo Bank, N.A. |
| 12 | Westchester |
|   | Westerm Refining Wholesale N10 |
| 13 | WHO International Designs |
| 14 | William Romley, Jr. |
|   | Willie Itule Produce Inc. |
| 15 | Wist Office Products Co. |
|   | WW Williams |
| 16 | XL Insurance |
| 17 | Young's Market Co. |
|   | Zurich |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

# EXHIBIT II

This information is being provided in connection with the Affidavit of Larry Lattig in support of the Application for Order Authorizing the Retention and Employment of Mesirow Financial Consulting, LLC as Financial Advisors to the Official Committee of Unsecured Creditors. MFC or Mesirow Financial have or had business relationships with, currently render or have previously rendered services in matters unrelated to these Chapter 11 cases for the following entities:

Ace American Ins
Bank of America
Chubb (Federal)
European Imports Ltd.
Fireman's Fund
KPMG
Midwest Employers
Reliastar Life Insurance Company
Squire Sanders & Dempsey
Travelers
United of Omaha Life Insurance Company
Wells Fargo Bank, N.A.
XL Insurance
Zurich