MESCH, CLARK & ROTHSCHILD, P.C.
259 North Meyer Avenue
Tucson, Arizona 85701
Phone:   (520) 624-8886
Fax:       (520) 798-1037
Email:    ecfbk@mcrazlaw.com
             bwhinery@mcrazlaw.com

AND

MICHAEL W. CARMEL, LTD.
80 E. Columbus
Phoenix, Arizona  85012-2334
Phone:  (602) 264-4965
Fax:      (602) 277-0144
Email:   michael@mcarmellaw.com

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>BASHAS' INC.,<br>BASHAS' LEASECO INC.,<br>SPORTSMAN'S, LLC,<br><br>                  Debtors. | Chapter 11 Proceedings<br><br>Case No. 2:09-bk-16050-JMM<br>           2:09-bk-16051-JMM<br>           2:09-bk-16052-JMM<br>        (Joint Administration) |
| This Filing Applies to:<br><br>☒  All Debtors<br>☐  Specified Debtors | **DEBTORS' JOINDER IN COMMITTEE'S MOTION FOR RECONSIDERATION**<br><br>**(No Hearing Date Set)** |

      Debtors, by and through their counsel undersigned, hereby join in the "Motion for Reconsideration"  ("Motion") filed by the Official Joint Committee of Unsecured Creditors ("Committee") to employ Sierra Consulting, LLC as the Committee's  Financial Advisor ("FA").

1.  Bashas' representatives have communicated with various creditors, including Committee members, over the last couple of weeks. As a result of these discussions, Bashas' has instructed its counsel to file this Joinder to support the Committee's application to employ Sierra and joins the Committee in asking the Court to reconsider its decision to deny the Committee's request to employ Sierra as an FA.

2.  The Debtors have a long relationship with many, if not all of the Committee Members. The Committee Members are generally busy volunteers with their own businesses and management positions to maintain. They must fulfill their fiduciary duties to a constituency with whom the Debtors intend to conduct business for a long time after these proceedings have concluded.

3.  Over the last several days, it has become apparent to Bashas' that the Committee sincerely believes it requires the services of an FA to enable it to properly evaluate the Debtor's financial information, which is admittedly voluminous. Bashas' relationship with these business partners is so important, that if these long-time partners believe that an FA is necessary, then in the interest of maintaining these long-standing relationships, Bashas' supports its business partners and joins in their request that the Court reconsider its September 10th order.

4.  The proposed Financial Consultant, Sierra, has agreed to a budget and a scope of duties that is acceptable to Bashas'.

1      5.  Bashas' is greatly concerned with the administrative expense of these

2      reorganization cases.  After consultation with many of its critical suppliers,

3      Bashas' has concluded, that providing an FA to assist the suppliers who have

4      volunteered to serve as Committee Members, is an appropriate  expense  to

5      maintain its historically close relationship with those suppliers. Accordingly,

6      the Debtors join in, and fully support, the Committee's Motion, and respectfully

7      request it be granted.

DATED this 17th day of September, 2009.


                        MESCH, CLARK & ROTHSCHILD, P.C.

                        - and -

                        MICHAEL W. CARMEL, LTD.


                        By /s/ Michael W. Carmel  #7356
                           Michael W. Carmel
                           Attorneys for the Debtors

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26