MESCH, CLARK & ROTHSCHILD, P.C.
259 North Meyer Avenue
Tucson, Arizona 85701
Phone: (520) 624-8886
Fax: (520) 798-1037
Email: ecfbk@mcrazlaw.com
lrothschild@mcrazlaw.com

AND

MICHAEL W. CARMEL, LTD.
80 E. Columbus
Phoenix, Arizona 85012-2334
Phone: (602) 264-4965
Fax: (602) 277-0144
Email: michael@mcarmellaw.com

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>BASHAS' INC.,<br>BASHAS' LEASECO INC.,<br>SPORTSMAN'S, LLC,<br><br>Debtors. | Chapter 11 Proceedings<br><br>Case No. 2:09-bk-16050-JMM<br>          2:09-bk-16051-JMM<br>          2:09-bk-16052-JMM<br>     (Joint Administration) |
| This Filing Applies to:<br><br>☒ All Debtors<br>☐ Specified Debtors | **NOTICE OF FILING SEPTEMBER, 2009 FEE STATEMENT FOR DELOITTE FINANCIAL ADVISORY SERVICES, LLP** |

**NOTICE IS HEREBY GIVEN** that Deloitte Financial Advisory Services, LLP, as Financial Restructuring Advisors for the Debtors, has filed its Monthly Fee Statement for September, 2009, pursuant to the *Order Establishing Procedure for Interim Compensation and Reimbursement of Expenses Due Certain Professionals* entered on

August 28, 2009 (Docket Entry No. 455), which established the procedures for interim compensation and reimbursement of expenses for Court approved Professionals on a monthly basis. The itemized fee statement is attached hereto as Exhibit "A" and is herein incorporated by this reference.

DATED: October 30, 2009.

                MESCH, CLARK & ROTHSCHILD, P.C.

                - and -

                MICHAEL W. CARMEL, LTD.

                By   s/Lowell E. Rothschild
                      Lowell E. Rothschild
                      Attorneys for the Debtors

#307531

# Deloitte Financial Advisory Services, LLP

## FEE STATEMENT

DATE: October 30, 2009

RE: Bashas' Inc.; Bashas' Leaseco, Inc. and Sportsman, LLC
Case Nos. 2:09-bk-16050; 2:09-bk-16051; 2:09-bk-16052
Fee Statement for September, 2009

**DEADLINE FOR OBJECTIONS: November 8, 2009**

**Summary of Fees & Costs and Holdback**

|  | **Amount** | **Objected Amount** | **Paid to Date** |
|---|---|---|---|
| Total Fees for July 12 – August 31, 2009 | 299,639.25 | 5,020.50 | -0- |
| Total Costs for July 12 – August 31, 2009 | 15,271.76 | -0- | -0- |
|  |  |  |  |
| Total Fees for September, 2009 | 93,580.50 |  |  |
| Total Costs for September, 2009 | 1,159.39 |  |  |

Attached is the invoice for September, 2009, which reflects time entries by date, professional, category, and detail list of expenses.

_