1  MESCH, CLARK & ROTHSCHILD, P.C.
   259 North Meyer Avenue
2  Tucson, Arizona 85701
   Phone:  (520) 624-8886
3  Fax:     (520) 798-1037
   Email: ecfbk@mcrazlaw.com
4          mmcgrath@mcrazlaw.com
           fpetersen@mcrazlaw.com
5
   AND
6
   MICHAEL W. CARMEL, LTD.
7  80 E. Columbus Avenue
   Phoenix, Arizona  85012-2334
8  Phone:  (602) 264-4965
   Fax:     (602) 277-0144
9  Email:  michael@mcarmellaw.com

10 Attorneys for Debtors

11              UNITED STATES BANKRUPTCY COURT

12                   DISTRICT OF ARIZONA

13
   In re                              Chapter 11 Proceedings
14
   BASHAS' INC.,                      Case No. 2:09-bk-16050-JMM
15 BASHAS' LEASECO INC.,                       2:09-bk-16051-JMM
   SPORTSMAN'S, LLC,                           2:09-bk-16052-JMM
16                                             (Joint Administration)
                            Debtors.
17

18 This Filing Applies to:           **APPLICATION TO EMPLOY THE**
                                     **CAVANAGH LAW FIRM, P.A. AS**
19 ☒   All Debtors                   **SPECIAL COUNSEL FOR DEBTOR**
   ☐   Specified Debtors
20

21         Bashas' Inc., Debtor and Debtor-in-Possession ("Debtor"), through counsel, hereby

22 requests entry of an Order authorizing it to employ The Cavanagh Law Firm, P.A., by Peter

23 C. Guild ("Cavanagh") as special counsel for the Debtor, pursuant to 11U.S.C. §§ 327(e),

24 328(a) and 503 and Fed. R. Bankr. P. 2014, to represent the Debtor in pending actions

25 against the Arizona Department of Revenue arising out of the assessment of penalties for

26 prepetition taxes.

In support of this Application, the Debtor represents as follows:

1.     The Debtor wishes to employ Cavanagh to represent it in actions against the Arizona Department of Revenue arising out of the assessment of prepetition taxes and penalties, and not in conducting the bankruptcy case.

2.     The attorneys proposed as special counsel to Debtor are duly admitted to practice before court and administrative agencies. Cavanagh was representing the Debtor in its actions against the Arizona Department of Revenue prepetition.

3.     The tax matters involve the Debtor's appeal of the assessment of prepetition taxes and penalties by the Department of Revenue.

4.     The Debtor believes the attorneys proposed as special counsel to be experienced in the matters on which they are to be employed and well qualified to represent the Debtor. Cavanagh has extensive knowledge and experience in the matters on which it is to be employed. Cavanagh has represented the Debtors prepetition in tax matters. It would be highly prejudicial to Debtor, its creditors, and its bankruptcy estate if Debtor was forced to incur the substantial expense, difficulty, and delay that would be inherent in hiring and educating replacement counsel about the pending Arizona Department of Revenue tax assessment matters.

5.     To the best of Debtor's knowledge, Cavanagh does not represent or hold any interest adverse to the Debtor or to its estate with respect to the Arizona Department of Revenue matters on which Cavanagh is to be employed. To the best of the Debtor's knowledge, and other than as is set forth in the Verified Statement of Peter C. Guild filed simultaneously herewith, Cavanagh has no connection with any other creditors, or any other party in interest, or any of their respective attorneys, or any person employed in the office of the United States Trustee, and represents no interest adverse to the Debtor or its bankruptcy estate except as may be set forth in the Verified Statement referred to herein.

6.      The Debtor is informed of the hourly rates for services of the Cavanagh attorneys and staff who may work on these matters are as follows:

Peter C. Guild                                    $350.00

In addition, Cavanagh will seek reimbursement in full for all reasonably incurred expenses, including, without limitation, long distance calls, courier and express mail costs, hand deliveries, copying costs, court costs, and other expenses. The hourly rates stated above are subject to periodic adjustments.

7.      Notwithstanding anything in the foregoing to the contrary, no amounts will be paid to Cavanagh without Bankruptcy Court approval after application, notice and opportunity for a hearing.

8.      There are no outstanding unpaid fees or unreimbursed expenses owed to Cavanagh as of the date the Petition was filed in this matter.

9.      Debtor requests that it be authorized to employ Cavanagh as special counsel to continue to represent it in relation to Arizona Department of Revenue matters, subject only to the requirement that Cavanagh will file the appropriate application with the Bankruptcy Court for approval prior to payment.

10.     In return for the above-disclosed compensation, Cavanagh will provide legal services as special counsel to Debtor, representing the Debtor in all aspects of the actions against the Arizona Department of Revenue.

11.     As disclosed in the Verified Statement of Peter C. Guild submitted herewith, to the best of Cavanagh's knowledge, Cavanagh does not represent any other entity having an adverse interest in connection with this case.

WHEREFORE, the Debtor respectfully requests that the Court approve the employment of The Cavanagh Law Firm, P.A. as special counsel to represent the Debtor in

3

the actions arising out of the assessment of prepetition taxes and penalties by the Arizona Department of Revenue, and for such other relief as is just in the circumstances.

DATED:  December  _1_, 2009.

MESCH, CLARK & ROTHSCHILD, P.C.

- and -

MICHAEL W. CARMEL, LTD.


By___s/Michael McGrath, #6019_____
Michael McGrath
Attorneys for the Debtor

Copy mailed December_1_, 2009, to:

Office of the U.S. Trustee
230 N. First Ave., Suite 204
Phoenix, AZ 85003-1706


_s/Deborah Elkins_____

311151