MESCH, CLARK & ROTHSCHILD, P.C.
259 North Meyer Avenue
Tucson, Arizona 85701
Phone: (520) 624-8886
Fax:   (520) 798-1037
Email: ecfbk@mcrazlaw.com
       lrothschild@mcrazlaw.com

AND

MICHAEL W. CARMEL, LTD.
80 E. Columbus Avenue
Phoenix, Arizona 85012-2334
Phone: (602) 264-4965
Fax:   (602) 277-0144
Email: michael@mcarmellaw.com

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>BASHAS' INC.,<br>BASHAS' LEASECO, INC.,<br>SPORTSMAN'S, LLC,<br><br>Debtors. | Chapter 11 Proceedings<br><br>Case No. 2:09-bk-16050-JMM<br>         2:09-bk-16051-JMM<br>         2:09-bk-16052-JMM<br>(Joint Administration) |
| This Filing Applies to:<br><br>☒ All Debtors<br>☐ Specified Debtors | **FIRST INTERIM APPLICATION FOR APPROVAL OF FEES AND COSTS DUE KEEGAN, LINSCOTT & KENON, P.C.** |

Bashas' Inc., Bashas' Leaseco, Inc., and Sportsman's, LLC (the "Debtors"), pursuant to 11 U.S.C. §331 and Rule 2016, *Federal Rules of Bankruptcy Procedure*, submit this *First Interim Application for Approval of Payment of Fees and Costs due Keegan, Linscott & Kenon, P.C.* (the "Application"), as Financial Advisor for the Debtors, in the amount of $78,610.25 in fees, plus $627.00 in out of pocket expenses, for

a total amount of $79,237.25 for the time period October 13, 2009 to and including November 30, 2009.

**DATED:** January __, 2010.

MESCH, CLARK & ROTHSCHILD, P.C.

--and--

MICHAEL W. CARMEL, LTD.

By _____
Lowell E. Rothschild
Attorneys for Debtors

# MEMORANDUM OF POINTS AND AUTHORITIES

## BACKGROUND

1. On July 12, 2009, Bashas' Inc., Bashas' Leaseco, Inc. and Sportsman's, LLC filed voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code.

2. By Order dated July 16, 2009, the Court granted the Debtors' Motion for Joint Administration.

3. By Order dated November 5, 2009, this Court approved the Debtors' Application for Approval of Employment of Keegan, Linscott & Kenon, PC as Replacement Financial Advisor, which Application provided:

   a. that KLK would apply to the Court for approval of payment of fees at hourly rates for professional services to be rendered in these proceedings as set forth below:

| Professional | 2009 |
|---|---|
| Directors | $325.00 |
| Managers | $175.00 |
| Seniors | $125.00 |
| Staff | $85.00 |
| Administrative | $50.00 |

The hourly rates set forth above have been in effect throughout the duration of this case.

4. On August 14, 2009, Debtors filed a Motion to Establish Procedure for Interim Compensation and Reimbursement of Expenses Due Certain Professionals, which motion

was granted by Order of the Court entered on August 28, 2009 (the "Professional Fee Order"). Pursuant to the Professional Fee Order, the Debtors' professionals were required to submit monthly billing statements beginning with fees incurred since July 12, 2009 for parties to the Professional Fee Order. Furthermore, if the Debtors did not receive any written objections to the billing statements by any party within ten (10) calendar days from service, the Debtors were authorized to pay their professionals up to 80% of the fees accrued and 100% of accrued costs for the month prior to such payment, and second to any outstanding amounts due from prior approved fee applications.

5. From October 13, 2009 to and including November 30, 2009 (hereinafter the "Application Period"), KLK incurred $76,610.25 in fees, plus $627.00 in out of pocket expenses, for a total amount of $79,237.25.

6. Pursuant to the requirements of the Professional Fee Order, Mesch, Clark & Rothschild provided the following Notices regarding fees and costs on a monthly basis:

| Date of Notice | Month | Fees Requested | Costs Requested | Fees/Costs Paid |
|---|---|---|---|---|
| November , 2009 | October, 2009 | 31,757.75 | 313.50 | 25,719.70 |
| December 14, 2009 | November, 2009 | 46,852.50 | 313.50 | 37,795.50 |

To date, KLK received no objections for its Fee Notices.

## CASE STATUS

7. Financial Condition of Debtors: There are significant amounts of cash in the three bankruptcy estates which can be used to pay administrative expenses. Additionally, there is a credit facility extended by Grace Funding Group, LLC available to

the Debtors. Administrative expenses are being paid in the normal course of business and there are no significant arrearages. There are accrued and unpaid professional fees owing to Keegan, Linscott & Kenon as reflected in this Application. There are also professional fees owing to Mesch, Clark & Rothschild, P.C., Steptoe & Johnson, Sunbelt Capital Corporation, Michael W. Carmel, Ltd., Osborn Maledon, P.A., Deloitte Financial Advisory Services, LLP, Burch & Cracchiolo, and Epiq Bankruptcy Solutions. Finally, there are sufficient funds with which to satisfy administrative expenses currently due and to be incurred in the future.

8. A Joint Plan and Disclosure Statement was filed with the Court on January 15, 2010. All quarterly fees due the U.S. Trustee have been paid, are in the process of being paid, or will be paid in the normal course of business as such fees become due. All monthly operating reports required to be filed, have been filed, are in the process of being filed, or will be filed as the same become due.

**PROJECT SUMMARY**

**Business Analysis:** During the Application period, KLK analyzed Deloitte's spreadsheet. KLK worked on cash flow projections. KLK analyzed and verified calculations related to note payables. KLK met with Bashas' management. KLK analyzed summary of settlement classes against schedules and performed 503(b)(9) claims. KLK met with Conrad Plomin of Sunbelt Capital Corporation. KLK worked on Prudential make whole calculations. KLK worked on financial projections. KLK reviewed drafts of the Debtors' Disclosure Statement. KLK worked extensively on cash flow worksheets.

KLK analyzed bridge analysis for appropriate flow and calculations. KLK worked on changes to 4 wall analysis for lease modifications. KLK met with bank and noteholder group at Bryan Cave. KLK reviewed the draft plan of reorganizations and liquidation analysis. KLk worked on cash flow projections and cash reconciliations. KLK worked on lease modification analysis.

| Timekeeper | Hours | Rate | Amount |
| --- | --- | --- | --- |
| Christopher Linscott | 152.4 | 325.00 | 49,530.00 |
| Gordon | 10.0 | 175.00 | 1,750.00 |
| Bardwell | 178.0 | 125.00 | 22,250.00 |
| Kim | 13.6 | 125.00 | 1,700.00 |
| Hennessey | 41.0 | 125.00 | 5,125.00 |
| Thompson | 17.5 | 125.00 | 2,187.50 |

**BENEFIT TO THE ESTATES AND CREDITORS**

These cases are extremely complex and complicated. Given the circumstances in these cases, KLK has assisted the Debtors as its Financial Advisor.

**DOCUMENTATION**

Attached hereto and incorporated herein as Exhibit A is the Summary Sheet as required by the Guidelines. In addition, attached hereto and incorporated herein as Exhibit B are chronological statements containing more complete descriptions of the individual services provided by counsel for the Debtors, together with a breakdown of costs expended.

**WHEREFORE**, KLK respectfully requests:

(1)    Allowance and approval for the Application period totaling $79,237.25;

(2) Allowance of immediate payment of such approved and unpaid fees and costs by the Debtors;

(3) Approving compensation of all fees and costs approved for the Application Period; and

(4) Granting such other and further relief as is just and proper under the circumstances.

DATED: January ᴗᴗ, 2009.

MESCH, CLARK & ROTHSCHILD, P.C.

By /s/ Lowell E. Rothschild
Lowell E. Rothschild
Attorneys for the Debtors

313215

STATE OF ARIZONA    )
                    ) ss.
County of Pima      )

CHRISTOPHER G. LINSCOTT, having been first duly sworn upon oath, deposes and says:

1. That he is a Director of the accounting firm of Keegan, Linscott & Kenon, P, and as such is authorized to make this Affidavit.

2. That time is being billed at normal hourly rates which range from $325 per hour for Directors, $175 for Mangers, $125 for seniors, $85 for Staff, and $50 for Administrative and he believes the rates to be reasonable in the community.

3. That the time expended on behalf of the Debtors is necessary to the Debtors' successful reorganization, and the actual time expended is a reasonable amount of time expended in light of the tasks needed to be performed.

4. That he believes the amounts requested should be awarded, that such an award is authorized under the law, and in no way violates the Bankruptcy Code, the Rules of Bankruptcy Procedure, and/or any ethical consideration or other state or local laws.

_____
Christopher G. Linscott

SUBSCRIBED AND SWORN to before me this 18th day of January, 2010, by Christopher G. Linscott.

_____
Notary Public

My Comm. Exp. 7/13/13

LINDA M. GREEN
Notary Public - Arizona
Pima County
My Comm. Expires Jul 13, 2013

- 8 -

| | |
|---|---|
| STATE OF ARIZONA | ) |
| | ) ss. |
| County of Pima | ) |

Christopher G. Linscott, having been first duly sworn upon oath, deposes and says:

1. That he is a Director at the accounting firm of Keegan, Linscott & Kenon, P.C., and as such is authorized to make this Affidavit.

2. That a copy of this *First Interim Application for Approval of Fees and Costs Due Keegan. Linscott & Kenon, PC* has been provided to E.N. Basha III.

3. That Mr. Basha has approved this Application.

*/s/ Christopher G. Linscott*
Christopher G. Linscott

SUBSCRIBED AND SWORN to before me this 18th day of January, 2010, by Christopher G. Linscott.

*/s/ Linda M. Green*
Notary Public

My Comm. Exp. 7/13/13

LINDA M. GREEN
Notary Public - Arizona
Pima County
My Comm. Expires Jul 13, 2013

- 9 -

# EXHIBIT B



**Keegan, Linscott & Kenon, PC**
Certified Public Accountants
Certified Fraud Examiners
Certified Insolvency & Restructuring Advisors

33 N Stone Avenue • Suite 1100 • Tucson, Arizona 85701
(520) 884-0176 • www.klkcpa.com • Federal EIN 86-0750225



We appreciate your business.

**Basha's**
**22402 S. Basha Road**
**Chandler, AZ 85244**

11/17/2009
Invoice Number 5165

Billing for professional services rendered in October 2009 as follows (detail attached):

| | | | |
|---|---|---|---|
| Bardwell | 83.50 | $125.00 | 10,437.50 |
| Gordon | 10.00 | $175.00 | 1,750.00 |
| Hennessey | 31.50 | $125.00 | 3,937.50 |
| Linscott | 60.20 | $325.00 | 19,565.00 |

| | | |
|---|---|---|
| | Total For Services | $ 35,690.00 |
| 10/12/2009 Mileage, 190 @ $.55 | | 104.50 |
| 10/27/2009 Mileage, 190 @ $.55 | | 104.50 |
| 10/28/2009 Mileage, 190 @ $.55 | | 104.50 |
| | Total For Expenses | 313.50 |
| | | 36,003.50 |
| | Courtesy Discount | (3,932.50) |
| | Current Amount Due | $ 32,071.00 |



| | | Basha's | October 2009 Hours | | | |
|---|---|---|---|---|---|---|
| Last Name | WIP Date | Reference | Hours | Rate | Fee | Service Type |
| Bardwell | 10/13/2009 | Deloitte's Spreadsheet Analysis | 6.00 | $125.00 | $750.00 | Business Analysis |
| Bardwell | 10/14/2009 | Spreadsheet analysis and meeting | 3.50 | $125.00 | $437.50 | Business Analysis |
| Bardwell | 10/19/2009 | Bashas' Planning | 1.00 | $125.00 | $125.00 | Business Analysis |
| Bardwell | 10/19/2009 | Report extraction | 1.00 | $125.00 | $125.00 | Business Analysis |
| Bardwell | 10/20/2009 | 502b6 - Research and Analysis - Lease Rejections | 4.50 | $125.00 | $562.50 | Business Analysis |
| Bardwell | 10/21/2009 | Cash Flow Projections | 8.00 | $125.00 | $1,000.00 | Business Analysis |
| Bardwell | 10/22/2009 | Cash Flow | 3.50 | $125.00 | $437.50 | Business Analysis |
| Bardwell | 10/23/2009 | Cash Flow Projections/503b9/502b6 | 11.50 | $125.00 | $1,437.50 | Business Analysis |
| Bardwell | 10/26/2009 | Cash Flow | 8.00 | $125.00 | $1,000.00 | Business Analysis |
| Bardwell | 10/26/2009 | phone meeting with Chris | 1.50 | $125.00 | $187.50 | Business Analysis |
| Bardwell | 10/27/2009 | working with client on Cash Flow Projections / Treatments | 10.00 | $125.00 | $1,250.00 | Business Analysis |
| Bardwell | 10/28/2009 | Treatment CC & Treatment Lender / reworking spreadsheet | 9.00 | $125.00 | $1,125.00 | Business Analysis |
| Bardwell | 10/29/2009 | Finalize Spreadsheets/Reworking spreadsheets/review spreadsheets | 16.00 | $125.00 | $2,000.00 | Business Analysis |
| | | **Bardwell Total** | **83.50** | | **$10,437.50** | |
| Gordon | 10/13/2009 | Discuss issues and preliminary scope with Chris L | 0.30 | $175.00 | $52.50 | Business Analysis |
| Gordon | 10/14/2009 | Meeting with Chris L and selected staff to discuss financial projection model, options and next steps. | 1.50 | $175.00 | $262.50 | Business Analysis |
| Gordon | 10/15/2009 | Discussions with Mike H, Conan B re: projection model | 0.20 | $175.00 | $35.00 | Business Analysis |
| Gordon | 10/20/2009 | Analyze and verify calculations related to Prudential Make Whole Calculations | 1.00 | $175.00 | $175.00 | Business Analysis |
| Gordon | 10/21/2009 | Analyze and verify calculations related to notes payable; discuss other issues with Conan B. | 1.00 | $175.00 | $175.00 | Business Analysis |
| Gordon | 10/22/2009 | Analyze and verify calculations related to notes payable; work with Mike H and review findings with Chris L. | 6.00 | $175.00 | $1,050.00 | Business Analysis |
| | | **Gordon Total** | **10.00** | | **$1,750.00** | |
| Hennessey | 10/14/2009 | Meet with CL, CB, JG, JK to discuss cash flow model and general financial model spreadsheets | 2.00 | $125.00 | $250.00 | Business Analysis |
| Hennessey | 10/22/2009 | Analyze Prudential Make Whole Calculations worksheet for correctness. | 2.50 | $125.00 | $312.50 | Business Analysis |
| Hennessey | 10/23/2009 | Complete analysis of Prudential Make whole tool | 0.50 | $125.00 | $62.50 | Business Analysis |
| Hennessey | 10/23/2009 | Evaluate attorney summary of Settlement classes against schedules, perform additional analysis of 503b9 and Schedule F Figure to tie ot Unsecured Creditors | 4.70 | $125.00 | $587.50 | Business Analysis |
| Hennessey | 10/28/2009 | Review Cash Flow spreadsheets for errors and miscalculations communicate with client regarding found error. | 6.30 | $125.00 | $787.50 | Business Analysis |
| Hennessey | 10/29/2009 | Review Cash Flow spreadsheets for errors and miscalculations and additonal procedures related to spreadsheet and begin review of revised Cash Flow. | 9.00 | $125.00 | $1,125.00 | Business Analysis |

F:\Basha's\MONTHLY BILLING\October 2009

| Basha's | | | October 2009 Hours | | | |
|---|---|---|---|---|---|---|
| Last Name | WIP Date | Reference | Hours | Rate | Fee | Service Type |
| Hennessey | 10/30/2009 | Review of Cash Flow schedules schedules for errors and correctness. Communicate errors with client and discuss fixes. | 6.50 | $125.00 | $812.50 | Business Analysis |
| | | **Hennessey Total** | **31.50** | | **$3,937.50** | |
| Linscott | 10/12/2009 | Meeting with Bashas management | 2.00 | $325.00 | $650.00 | Business Analysis |
| Linscott | 10/13/2009 | Meeting with Conan, John re: project analysis and conversation with Mike McGrath on planning issues | 0.80 | $325.00 | $260.00 | Business Analysis |
| Linscott | 10/14/2009 | Bashas analysis of D&T excel spreadsheets | 2.50 | $325.00 | $812.50 | Business Analysis |
| Linscott | 10/15/2009 | Bashas conversation on status and planning with Mike McGrath and Jim Buhr | 1.00 | $325.00 | $325.00 | Business Analysis |
| Linscott | 10/16/2009 | Discussions with Mike and Jim on work plan and Deloitte spreadsheets | 1.00 | $325.00 | $325.00 | Business Analysis |
| Linscott | 10/19/2009 | Review of claims and creditor class information from attorneys | 1.20 | $325.00 | $390.00 | Business Analysis |
| Linscott | 10/19/2009 | Meeting and review with Conan on cash flow projections | 1.00 | $325.00 | $325.00 | Business Analysis |
| Linscott | 10/19/2009 | Conversation with Jim Buhr on information provided by attorneys and next steps for analysis | 0.50 | $325.00 | $162.50 | Business Analysis |
| Linscott | 10/20/2009 | Work on initial employment application | 1.00 | $325.00 | $325.00 | Case Administration |
| Linscott | 10/20/2009 | Work on claims classes and claim amounts from Mesch Clark and related tie out with Deloitte projections | 1.30 | $325.00 | $422.50 | Business Analysis |
| Linscott | 10/20/2009 | Conversations with Elva and Joe re: 2010 projections and related claim amounts for 503(b)(9) claims and lease rejection amounts | 0.50 | $325.00 | $162.50 | Business Analysis |
| Linscott | 10/20/2009 | Work on Prudential make whole calculations | 0.50 | $325.00 | $162.50 | Business Analysis |
| Linscott | 10/20/2009 | Status call with Mike McGrath | 0.50 | $325.00 | $162.50 | Business Analysis |
| Linscott | 10/21/2009 | Work with Conan on cash flow projections and lease rejection damages and related conversation with Mike McGrath and Scott Gan | 1.10 | $325.00 | $357.50 | Business Analysis |
| Linscott | 10/22/2009 | Conversation with Jim Manos re: reporting needs | 0.30 | $325.00 | $97.50 | Business Analysis |
| Linscott | 10/22/2009 | Conference call with Darl and Mike on status and conversation with Jim Manos | 0.50 | $325.00 | $162.50 | Business Analysis |
| Linscott | 10/22/2009 | Conversation with Mike McGrath on projections, cash flow, claim amounts and Plan draft | 0.50 | $325.00 | $162.50 | Business Analysis |
| Linscott | 10/22/2009 | Work on cash flow projections and Prudential make whole analysis | 4.20 | $325.00 | $1,365.00 | Business Analysis |
| Linscott | 10/23/2009 | Work with Brenda Whinery on lease rejection damages and status | 0.70 | $325.00 | $227.50 | Business Analysis |
| Linscott | 10/23/2009 | Work on financial projections with Conan, Jim and Elva including debt, balance sheet, income statement, cash flow, lease rejections, effective date payments | 5.80 | $325.00 | $1,885.00 | Business Analysis |
| Linscott | 10/24/2009 | Work on financial projections and related conversation with Jim | 3.50 | $325.00 | $1,137.50 | Business Analysis |
| Linscott | 10/26/2009 | Conference call with Jim and Elva on projections | 1.20 | $325.00 | $390.00 | Business Analysis |
| Linscott | 10/26/2009 | Call with Mike McGrath on projections status | 0.30 | $325.00 | $97.50 | Business Analysis |
| Linscott | 10/26/2009 | Work on financial projections | 5.00 | $325.00 | $1,625.00 | Business Analysis |

| | | Basha's | | October 2009 Hours | | | |
|---|---|---|---|---|---|---|---|
| Last Name | WIP Date | Reference | Hours | Rate | Fee | | Service Type |
| Linscott | 10/26/2009 | Meeting with Mike McGrath and Scott Gan on open issues and projections status | 2.20 | $325.00 | $715.00 | Business Analysis |
| Linscott | 10/27/2009 | Review of debt amortization schedules | 1.00 | $325.00 | $325.00 | Business Analysis |
| Linscott | 10/27/2009 | Work with client on financial projections including meetings with Jim, Elva, Joe, Darl and Trei, and conversation with Conrad | 8.00 | $325.00 | $2,600.00 | Business Analysis |
| Linscott | 10/28/2009 | Preparation for meeting with Conrad Plomin | 0.50 | $325.00 | $162.50 | Business Analysis |
| Linscott | 10/28/2009 | Meeting with Conrad Plomin on PLan summary and financial projections | 1.40 | $325.00 | $455.00 | Business Analysis |
| Linscott | 10/28/2009 | Phone conference with Jim Buhr and Chaz Harvick of FTI re: financial projections | 0.50 | $325.00 | $162.50 | Business Analysis |
| Linscott | 10/28/2009 | Work on financial projections | 2.50 | $325.00 | $812.50 | Business Analysis |
| Linscott | 10/28/2009 | Meeting with Darl, Trei, Jim, Joe and Elva re: financial projections | 1.50 | $325.00 | $487.50 | Business Analysis |
| Linscott | 10/28/2009 | Conference call with Mike McGrath, Darl, Trei and Conrad re: status of financial projections | 0.70 | $325.00 | $227.50 | Business Analysis |
| Linscott | 10/29/2009 | Work on financial projections | 3.00 | $325.00 | $975.00 | Business Analysis |
| Linscott | 10/30/2009 | Work with Conan, Mike and Elva on financial projections | 2.00 | $325.00 | $650.00 | Business Analysis |
| | | **Linscott Total** | 60.20 | | $19,565.00 | |
| | | **Basha's Grand Total** | 185.20 | | $35,690.00 | |



**Keegan, Linscott & Kenon, PC**
Certified Public Accountants
Certified Fraud Examiners
Certified Insolvency & Restructuring Advisors

33 N Stone Avenue • Suite 1100 • Tucson, Arizona 85701
(520) 884-0176 • www.klkcpa.com • Federal EIN 86-0750225



We appreciate your business.

Bashas' Inc.
22402 S. Basha Road
Chandler, AZ 85244

12/04/2009
Invoice Number 5276

Billing for professional services rendered in November 2009 as follows (detail attached):

| | | | |
|---|---:|---:|---:|
| Bardwell | 94.50 | $125.00 | 11,812.50 |
| Hennessey | 9.50 | $125.00 | 1,187.50 |
| Kim | 13.60 | $125.00 | 1,700.00 |
| Linscott | 92.20 | $325.00 | 29,965.00 |
| Thompson | 17.50 | $125.00 | 2,187.50 |

Total For Services      $   46,852.50

Mileage for round trips between Tucson and Chandler AZ:

11/02/2009 - 190 miles @ $.55 = $104.50
11/12/2009 - 190 miles @ $.55 = $104.50
11/13/2009 - 190 miles @ $.55 = $104.50

Total For Expenses          313.50

Current Amount Due      $   47,166.00



# Bashas' Inc. — November 2009 Hours

| Last Name | WIP Date | Reference | Hours | Rate | Fee | Service Type |
|---|---|---|---|---|---|---|
| Bardwell | 11/6/2009 | Review of draft Disclosure Statement | 3.00 | $125.00 | $375.00 | Business Analysis |
| Bardwell | 11/6/2009 | Meeting with Chris on projections | 0.50 | $125.00 | $62.50 | Business Analysis |
| Bardwell | 11/6/2009 | Binder update/creation | 1.50 | $125.00 | $187.50 | Business Analysis |
| Bardwell | 11/9/2009 | Meet with Chris on next steps | 0.50 | $125.00 | $62.50 | Business Analysis |
| Bardwell | 11/9/2009 | Cash Flow - Spreadsheet changes: Work on moving cash restructuring charges | 2.50 | $125.00 | $312.50 | Business Analysis |
| Bardwell | 11/10/2009 | Prep the bottom half of Income Statement - Spreadsheet work | 4.00 | $125.00 | $500.00 | Business Analysis |
| Bardwell | 11/11/2009 | Cash Flow projection worksheet - Assumptions | 2.00 | $125.00 | $250.00 | Business Analysis |
| Bardwell | 11/11/2009 | Cash Flow projections worksheet - Cash Flow changes/formulas issues | 2.00 | $125.00 | $250.00 | Business Analysis |
| Bardwell | 11/12/2009 | Updates related to new summary draft - changes made to spreadsheet | 5.00 | $125.00 | $625.00 | Business Analysis |
| Bardwell | 11/13/2009 | Work on Auction (Adequate Protection Spreadsheet) changes | 3.00 | $125.00 | $375.00 | Business Analysis |
| Bardwell | 11/13/2009 | Cash flow & Income statement/ bs buildup / work on spreadsheet 2nd draft A & B | 8.00 | $125.00 | $1,000.00 | Business Analysis |
| Bardwell | 11/15/2009 | Cash flow & Income statement/ bs buildup / work on spreadsheet 2nd draft - A | 2.50 | $125.00 | $312.50 | Business Analysis |
| Bardwell | 11/16/2009 | Projection worksheet - Adequate Protection changes | 6.00 | $125.00 | $750.00 | Business Analysis |
| Bardwell | 11/16/2009 | Cash Flow - BS Build up | 3.00 | $125.00 | $375.00 | Business Analysis |
| Bardwell | 11/17/2009 | BS Build up and changes from Tvalue/adequate protection | 5.00 | $125.00 | $625.00 | Business Analysis |
| Bardwell | 11/17/2009 | Report Review notes & changes | 5.00 | $125.00 | $625.00 | Business Analysis |
| Bardwell | 11/18/2009 | Cash Flow worksheet | 5.00 | $125.00 | $625.00 | Business Analysis |
| Bardwell | 11/19/2009 | cash flow worksheet | 10.00 | $125.00 | $1,250.00 | Business Analysis |
| Bardwell | 11/20/2009 | Cah Flow Worksheet | 11.00 | $125.00 | $1,375.00 | Business Analysis |
| Bardwell | 11/23/2009 | Cash Flow changes | 6.00 | $125.00 | $750.00 | Business Analysis |
| Bardwell | 11/24/2009 | Cash Flow finalizations | 9.00 | $125.00 | $1,125.00 | Business Analysis |
| | | | 94.50 | | $11,812.50 | |
| Hennessey | 11/6/2009 | Begin analysis of Basha's prepared "Bridge Analysis" for appropriate flow and calculations. Ensure data integrity in Excel spreadsheet | 1.50 | $125.00 | $187.50 | Business Analysis |
| Hennessey | 11/8/2009 | Analyze Bridge analysis to ensure accuracy of figures and spreadsheet flow. | 8.00 | $125.00 | $1,000.00 | Business Analysis |
| | | | 9.50 | | $1,187.50 | |
| Kim | 11/24/2009 | Meet with Chris on lease modifications and updates to 4 wall analysis | 0.50 | $125.00 | $62.50 | Business Analysis |
| Kim | 11/24/2009 | Work on changes to 4 wall analysis for lease modifications | 4.60 | $125.00 | $575.00 | Business Analysis |
| Kim | 11/25/2009 | Work on changes to 4 wall analysis for lease modifications | 6.00 | $125.00 | $750.00 | Business Analysis |
| Kim | 11/30/2009 | Work on changes to 4 wall analysis for lease modifications | 2.50 | $125.00 | $312.50 | Business Analysis |
| | | | 13.60 | | $1,700.00 | |

| Last Name | WIP Date | Reference | Hours | Rate | Fee | Service Type |
|---|---|---|---|---|---|---|
| Linscott | 11/2/2009 | Conference call with Mike McGrath and Darl on FTI meeting and next day agenda items | 0.30 | $325.00 | $97.50 | Business Analysis |
| Linscott | 11/2/2009 | Meeting with Chaz Harvick, Steve Coloumbe, Jim Buhr, Elva Vivas, Joe Wisto on projections and other items in preparation for next day meeting with bank and noteholder group | 2.50 | $325.00 | $812.50 | Business Analysis |
| Linscott | 11/3/2009 | Meetings with Mike McGrath, Mike Carmel, Johnny Basha, Trei Basha, Darl, Jim, on status for bank/noteholder meeting and related agenda | 2.50 | $325.00 | $812.50 | Business Analysis |
| Linscott | 11/3/2009 | Work with Mike McGarth on projection issues, Class of creditor issues, agenda items for next meetings, information requests | 4.00 | $325.00 | $1,300.00 | Business Analysis |
| Linscott | 11/3/2009 | Meeting with bank and noteholder group at Bryan Cave | 3.50 | $325.00 | $1,137.50 | Business Analysis |
| Linscott | 11/4/2009 | Conference call with client and attorneys on draft Disclosure Statement | 1.50 | $325.00 | $487.50 | Business Analysis |
| Linscott | 11/4/2009 | Review of draft Disclosure Statement and related conversations with Scott Gan | 1.60 | $325.00 | $520.00 | Business Analysis |
| Linscott | 11/5/2009 | Work with Elva, Joe and Jim on cash reconciliations and bridge analysis | 4.00 | $325.00 | $1,300.00 | Business Analysis |
| Linscott | 11/6/2009 | Work on bridge analysis review and related coordiantion with Mike and Conan on next steps for bridge and projections | 1.50 | $325.00 | $487.50 | Business Analysis |
| Linscott | 11/9/2009 | Work on FTI requests with Elva, Joe and Jim including bridge analysis, cash reconciliation work, cash projections, and related conversations with Scott Gan, Jim Manos, Ted Burr, Mike McGarth, Conan | 6.00 | $325.00 | $1,950.00 | Business Analysis |
| Linscott | 11/10/2009 | Work on KLK budget for Jim and send requested bridge and projections to Ted Burr | 0.50 | $325.00 | $162.50 | Business Analysis |
| Linscott | 11/11/2009 | Review new Plan draft and liquidation analysis | 1.20 | $325.00 | $390.00 | Business Analysis |
| Linscott | 11/11/2009 | Work with Brenda and Elva on store 169 analysis | 1.00 | $325.00 | $325.00 | Business Analysis |
| Linscott | 11/11/2009 | Preparation of fee application information | 0.50 | $325.00 | $162.50 | Case Administration |
| Linscott | 11/11/2009 | Status update with Mike, Fred and Brenda on open items and next steps | 0.50 | $325.00 | $162.50 | Business Analysis |
| Linscott | 11/11/2009 | Work with Conan on new projections based on revised Plan | 1.50 | $325.00 | $487.50 | Business Analysis |
| Linscott | 11/12/2009 | Conference call on amended draft Plan | 1.50 | $325.00 | $487.50 | Business Analysis |
| Linscott | 11/12/2009 | Meeting with Chaz Harvick and related prep with Jim, Joe and Elva | 2.70 | $325.00 | $877.50 | Business Analysis |
| Linscott | 11/12/2009 | Review store 169 documents | 1.50 | $325.00 | $487.50 | Business Analysis |
| Linscott | 11/13/2009 | Work with Conan on cash flow projections | 2.00 | $325.00 | $650.00 | Business Analysis |
| Linscott | 11/13/2009 | Phone conference with Mike McGrath and Conrad on status and results of meeting with financial subcommittee of unsecured creditors | 0.50 | $325.00 | $162.50 | Business Analysis |
| Linscott | 11/13/2009 | Meeting with financial subcommittee of the unsecured creditors and management and related prep for meeting | 4.50 | $325.00 | $1,462.50 | Business Analysis |
| Linscott | 11/13/2009 | Preparation of fee application information | 0.50 | $325.00 | $162.50 | Business Analysis |



| Last Name | WIP Date | Reference | Hours | Rate | Fee | Service Type |
|---|---|---|---|---|---|---|
| Linscott | 11/15/2009 | Work on cash flow projections, cash reconciliations, data requests from FTI, attorneys and creditors committee | 5.00 | $325.00 | $1,625.00 | Business Analysis |
| Linscott | 11/16/2009 | Work on cash flow projections with Conan, work on lease modifications and store 169 analysis with Elva, Brenda and Mike | 2.80 | $325.00 | $910.00 | Business Analysis |
| Linscott | 11/17/2009 | Work on store 169 update, claims reconciliation status, related party receivables with Joe Wisto | 1.00 | $325.00 | $325.00 | Business Analysis |
| Linscott | 11/17/2009 | Work on updated budget for Jim Buhr | 0.20 | $325.00 | $65.00 | Business Analysis |
| Linscott | 11/17/2009 | Work on sources and uses of cash for cash flow projections | 1.80 | $325.00 | $585.00 | Business Analysis |
| Linscott | 11/18/2009 | Work on lease modification analysis and related conversations with Chas Harvick and Brenda Whinery | 1.00 | $325.00 | $325.00 | Business Analysis |
| Linscott | 11/18/2009 | Work on updated cash flow projections | 3.00 | $325.00 | $975.00 | Business Analysis |
| Linscott | 11/19/2009 | Meeting with Conan and Mike McGrath on cash flow projections | 1.50 | $325.00 | $487.50 | Business Analysis |
| Linscott | 11/19/2009 | Meeting with Brenda Whinery on lease modifications status | 0.80 | $325.00 | $260.00 | Business Analysis |
| Linscott | 11/19/2009 | Preparation of information requested by Chas Harvick on store 169 | 1.00 | $325.00 | $325.00 | Business Analysis |
| Linscott | 11/19/2009 | Work on cash flow projections and sources and uses update | 6.00 | $325.00 | $1,950.00 | Business Analysis |
| Linscott | 11/20/2009 | Work on cash flow projections and related conversations with Jim, Elva, Mike and Conan | 5.50 | $325.00 | $1,787.50 | Business Analysis |
| Linscott | 11/23/2009 | Work on sources and uses of cash on projections | 1.00 | $325.00 | $325.00 | Business Analysis |
| Linscott | 11/23/2009 | Work on lease modifications analysis | 0.50 | $325.00 | $162.50 | Business Analysis |
| Linscott | 11/24/2009 | Conference call with Chas Harvick on store 169 | 0.50 | $325.00 | $162.50 | Business Analysis |
| Linscott | 11/24/2009 | Finalize sources and uses for cash flow projections | 2.30 | $325.00 | $747.50 | Business Analysis |
| Linscott | 11/24/2009 | Work with Joo Kim on lease modifications analysis | 1.00 | $325.00 | $325.00 | Business Analysis |
| Linscott | 11/24/2009 | Conversations with Mike McGrath and Fred Petersen on cash collateral issues and meeting status | 0.50 | $325.00 | $162.50 | Business Analysis |
| Linscott | 11/25/2009 | Meeting with Fred Petersen and related analysis of cash reconciliations and cash cllateral certificate and supporting data | 1.20 | $325.00 | $390.00 | Business Analysis |
| Linscott | 11/25/2009 | Conversations with Johnny Basha and Darl Andersen on Howard Grace funding options | 0.50 | $325.00 | $162.50 | Business Analysis |
| Linscott | 11/25/2009 | Conversations with Brenda Whinery on lease modifications and store 169 progress | 0.50 | $325.00 | $162.50 | Business Analysis |
| Linscott | 11/25/2009 | Conversation with Conrad Plomin on cash flow projections | 0.30 | $325.00 | $97.50 | Business Analysis |
| Linscott | 11/25/2009 | Conversation with Jim Manos on cash flow projections | 0.10 | $325.00 | $32.50 | Business Analysis |
| Linscott | 11/25/2009 | Work with Joo on lease modifications analysis | 0.60 | $325.00 | $195.00 | Business Analysis |
| Linscott | 11/25/2009 | Work on cash flow sources and uses | 0.80 | $325.00 | $260.00 | Business Analysis |
| Linscott | 11/30/2009 | Meeting with Mike McGrath on document production and next steps | 0.50 | $325.00 | $162.50 | Business Analysis |



| ast Name | WIP Date | Reference | Hours | Rate | Fee | Service Type |
|---|---|---|---|---|---|---|
| Linscott | 11/30/2009 | Meeting with Brenda Whinery on lease modifications and Hilco fees and related call with Johnny Basha | 0.50 | $325.00 | $162.50 | Business Analysis |
| Linscott | 11/30/2009 | Conference call with Brenda Whinery, Bryce Suzuki, Chas Harvick on store 169 | 1.00 | $325.00 | $325.00 | Business Analysis |
| Linscott | 11/30/2009 | Client status meeting with Trei Basha, Darl Andersen, Mike McGrath, Fred Petersen, Conrad Plomin, Brenda Whinery, Mike Carmel | 5.00 | $325.00 | $1,625.00 | Business Analysis |
| | | | 92.20 | | $29,965.00 | |
| | | | | | | |
| Thompson | 11/13/2009 | Help Conan with changes to cash flow projections | 7.50 | $125.00 | $937.50 | Business Analysis |
| Thompson | 11/20/2009 | Help Conan make changes to schedules | 2.50 | $125.00 | $312.50 | Business Analysis |
| Thompson | 11/24/2009 | Help Conan finalize schedules for cash flow projections | 7.50 | $125.00 | $937.50 | Business Analysis |
| | | | 17.50 | | $2,187.50 | |
| | | **Grand Total** | 227.30 | | $46,852.50 | |

# EXHIBIT A
# SUMMARY SHEET

| In re | Chapter 11 Proceeding |
|---|---|
| BASHAS' INC., ☐<br>BASHAS' LEASECO, INC., ☐<br>SPORTSMAN'S, LLC, ☐<br><br>Debtors. | Case No.  2:09-bk-16050-JMM<br>2:09-bk-16051-JMM<br>2:09-bk-16052-JMM<br>(Joint Administration) |
| This Filing Applies to:<br><br>☒  All Debtors<br>☐  Specified Debtors | |

| Fees Previously Requested | $0.00 | NAME OF APPLICANT |
|---|---|---|
| Fees Previously Awarded | $0.00 | **KEEGAN, LINSCOTT & KENON, P.C.** |
| Expenses Previously Requested | $0.00 | CURRENT APPLICATION |
| Expenses Previously Awarded | $0.00 | **Fees Requested:**   $ 78,610.25<br>**Expenses Requested:**  $    627.00 |

## CURRENT FEE APPLICATION

| NAMES OF PROFESSIONALS /<br>PARAPROFESSIONALS | | HOURS BILLED | RATE | TOTAL FOR APPLICATION |
|---|---|---|---|---|
| Christopher G. Linscott | | 152.4 | 325.00 | 49,530.00 |
| John Gordon | | 10.0 | 175.00 | 1,750.00 |
| Conan Bardwell | | 178.0 | 125.00 | 22,250.00 |
| Mike Hennessey | | 13.6 | 125.00 | 1,700.00 |
| Joo Kim | | 41.0 | 125.00 | 5,125.00 |
| Stacy Thompson | | 17.5 | 125.00 | 2,187.50 |
| | | | | |

TOTAL FEES AND COSTS                     TOTAL BLENDED HOURLY RATE: $190.00
$79,237.25                                              (Excluding Paraprofessionals)

#313633