# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|--|--|--|--|
| **Debtor:** | BASHAS' INC. | | |
| **Case Number:** | 2:09-BK-16050-JMM | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, MARCH 31, 2010 09:00 AM 6TH FLOOR #602 | | |
| **Bankruptcy Judge:** | JAMES M. MARLAR | | |
| **Courtroom Clerk:** | LUANN BELLER | | |
| **Reporter / ECR:** | KAYLA MORGAN | | |

## *Matters:*

1) DEBTOR'S MOTION TO APPROVE SALE OF EXCESS VEHICLE INVENTORY
   **R / M #:** 1,271 / 0

2) DEBTOR'S MOTION TO APPROVE FIRST OMNIBUS MOTION TO APPROVE ASSUMPTION OF CERTAIN UNEXPIRED NONRESIDENTIAL REAL PROPERTY LEASES, AS AMENDED (STORE NOS. 14, 22, 26, 65, 66, 69, 70, 93, 94, 107, 123, 127, 128, 139, AND 148)
   **R / M #:** 1,211 / 0

3) DEBTOR'S EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS AUTHORIZING USE OF CASH COLLATERAL
   **R / M #:** 7 / 0

4) MOTION TO APPROVE: 1) SALE OF PHARMACY INVENTORY AND RECORDS; AND 2) ESTABLISHING BIDDING PROCEDURES FOR SALE OF SUCH ASSETS (ALL PERTAINING TO STORE NO. 126)
   **R / M #:** 1,450 / 0

5) ADM: 2:09-bk-16050-JMM
   HEARING IN RE: STIPULATED MOTION REGARDING LITIGATION STANDSTILL, EXTENSION OF EXCLUSIVITY PERIOD AND MODIFICATION OF PLAN CONFIRMATION SCHEDULE
   **R / M #:** 0 / 0

## *Appearances:*

FREDERICK J. PETERSEN, ATTORNEY FOR BASHAS' INC., BASHAS' LEASECO, INC., SPORTSMAN'S LLC
BRENDA MOODY WHINERY, ATTORNEY FOR BASHAS' INC., BASHAS' LEASECO, INC., SPORTSMAN'S LLC
MICHAEL W. MCGRATH, ATTORNEY FOR BASHAS' INC., BASHAS' LEASECO, INC., SPORTSMAN'S LLC
MARSHA HOUSTON, ATTORNEY FOR KMART
JIM CROSS/BRENDA MARTIN, ATTORNEYS FOR OFFICIAL JOINT COMMITTEE
GERALD SMITH, ATTORNEY FOR NOTEHOLDERS
ETHAN MINKIN, ATTORNEY FOR CVS
WESLEY RAY, ATTORNEY FOR CNA, PARK WEST DEV.
WILLLIAM NOVOTNY, ATTORNEY FOR J& R HOLDINGS XIV
DON FLETCHER, ATTORNEY FOR PHOENIX DOBSON
BOB MILLER/BRYCE SUZUKI, ATTORNEY FOR BANK GROUP
JOHN DITULLIO, ATTORNEY FOR CENTRO PROPERTIES, GGP
ROBERT KUHN, ATTORNEY FOR SUSAN ONG MANAGING PARTNER OF STORE 151
CHRIST LINDSCOTT, ATTORNEY FOR
JOHN MUSIAL ATTORNEY FOR JAPANESE AMERICAN CITIZEN'S LEAGUE
TODD BURGESS, ATTORNEY FOR GRACE ENTITIES, ET AL
ANDREW HARDENBROOK, ATTORNEY FOR

(continue)...    2:09-BK-16050-JMM          WEDNESDAY, MARCH 31, 2010 09:00 AM

## Proceedings:

ITEM #1

Mr. Petersen informed the Court that he has received no objections and asked that the motion be approved.

The Court asked for objections.  There were none.

COURT:  IT IS ORDERED GRANTING THE MOTION.  COUNSEL MAY UPLOAD A FORM OF ORDER.

ITEM #2

Ms. Whinery reviewed the various objections that have not yet been resolved which include stores 69, 118, 116,
303, 160, 46 and 144.  She suggested that a continued hearing be set.

Mr. Musial reviewed his position suggesting that the business folks and counsel meet so they can get on the same page.

Ms. Houston explained her concerns.

Mr. Musial agreed to hold the 2004 exam in abeyance until the parties have time to meet.

Ms. Whinery stated that she will move forward with meeting with Mr. Musial and Ms. Houston.

There were no objections to a continued hearing being set.

COURT:  IT IS ORDERED CONTINUING THIS HEARING TO APRIL 7, 2010 AT 10:00 A.M.

ITEM #4

Ms. Whinery addressed the issue of the sale of pharmacy inventory, stating that the only bid was submitted
by CVS.  She stated that the sale has been noticed and she has received no objections.

COURT:  IT IS ORDERED APPROVING THE SALE.

Ms. Whinery stated that the funds will be sequestered.

ITEM #3

Mr. McGrath stated that the cash collateral order was entered by the Court on March 17, 2010 which will take the parties through April 24, 2010.

Mr. Miller agreed.

COURT: THE MOTION WILL BE APPROVED FOR THE NEXT PERIOD.

ITEM #5

Mr. McGrath reviewed the stipulation reached by the parties.

Mr. Miller explained the basis for this agreement, explaining the basis for what appears to be a delay.

The Court noted that it does not have jurisdiction over the appeal and any request should be made directly to District Court.

Mr. Cross responded, stating that the committee sponsored the plan with the debtor and now the debtor has resolicited an agreement with the bank, therefore the committee needs time to get on board.

The Court discussed scheduling of the plan confirmation hearing with the parties.

COURT: THE COURT WILL ADDRESS THE PLAN CONFIRMATION HEARING AT 10AM ON APRIL 7, 2010, NOTING THAT IT WILL NOT BE EVIDENTIARY AND AT THAT TIME IT WILL BE DECIDED WHAT THE NEXT STEPS WILL BE.

Debtor's counsel agreed to be present at 9:00 a.m. on April 7, 2010 to inform parties that the hearing will take place at 10:00 a.m. that day.

Mr. McGrath asked that exclusivity be extended through the plan confirmation hearing.

COURT: IT IS ORDERED GRANTING THE MOTION. COUNSEL MAY UPLOAD A FORM OF ORDER. CRITICAL DATES IN CONJUNCTION WITH PLAN CONFIRMATION WILL BE EXTENDED.

Ms. Whinery stated that she has 14 leases that they have not yet been able to resolve and may request a hearing be set.