# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | Bashas' Inc. |
| **Case Number:** | 2:09-bk-16050-JMM    **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, APRIL 28, 2010 09:00 AM   6TH FLOOR #602 |
| **Bankruptcy Judge:** | JAMES M. MARLAR |
| **Courtroom Clerk:** | LUANN BELLER |
| **Reporter / ECR:** | KAYLA MORGAN |

## *Matter:*

STATUS HEARING ON CONFIRMATION OF DEBTOR'S PLAN

**R / M #:**   1,128 / 0

## *Appearances:*

MICHAEL MCGRATH TRUSTEE, ATTORNEY FOR DEBTOR
JAMES E. CROSS, ATTORNEY FOR UNSECURED CREDITORS COMMITTEE
ROBERT J. MILLER, ATTORNEY FOR BANK GROUP
GERALD K SMITH, ATTORNEY FOR NOTE HOLDERS
BRENDA K. MARTIN, ATTORNEY FOR UNSECURED CREDITORS COMMITTEE
DENISE FAULK, ATTORNEY FOR ADOR
KELLY WOODRUFF, ATTORNEY FOR PARRA

## *Proceedings:*

Mr. McGrath addressed the status of progress regarding the plan and asked that this hearing be continued for two weeks.

Mr. Miller agreed, stating that a two week continuance is appropriate.

The Court discussed possibly setting an evidentiary hearing on plan confirmation.

Mr. Cross agreed with what was said.

COURT: IT IS ORDERED SETTING A CONTINUED STATUS HEARING ON PLAN CONFIRMATION ON MAY 13, 2010 AT 8:30 A.M.