**SIGNED.**



**Dated: August 13, 2010**

_____
**JAMES M. MARLAR**
**Chief Bankruptcy Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) Chapter 11 Proceedings |
| | ) |
| BASHAS' INC., | ) No. 2:09-bk-16050-JMM |
| BASHAS' LEASECO INC., | )     2:09-bk-16051-JMM |
| SPORTSMAN'S, LLC, | )     2:09-bk-16052-JMM |
| | ) |
| Debtors. | ) (Joint Administration) |
| This Filing Applies to: | ) |
| | ) |
| ■ All Debtors | ) **ORDER CONFIRMING PLAN** |
| ☐ Specified Debtors | ) |
| | ) |

Consistent with the Memorandum Decision issued simultaneously herewith,

IT IS ORDERED that the Debtors' First Amended Plan of Reorganization Jointly Proposed by Debtors and the Official Committee of Unsecured Creditors (ECF No. 1372), together with the Modifications to the First Amended Plan of Reorganization (ECF No. 1949) and Debtors' Second Modification and Clarification to First Amended Plan (ECF No. 2338), be and is HEREBY CONFIRMED;

IT IS FURTHER ORDERED that the Debtors' motion for substantive consolidation of the Bashas', Leaseco and Sportsman's cases is GRANTED for purposes of implementing and consummating the Plan;

IT IS FURTHER ORDERED that, to the extent that the Parra Litigants (Class 16) maintain that they held a binding stipulation in connection with confirmation issues relevant to them, that position is OVERRULED; and

1    IT IS FURTHER ORDERED that the objections of the Banks, the Noteholders and

2 the Parra Litigants, to the Debtors' First Amended Plan and modifications, are OVERRULED.

3

4    DATED AND SIGNED ABOVE.

5

6 COPIES served via email on the date signed above:

7 Michael McGrath, Attorney for Debtor

8 Michael W. Carmel, Attorney for Debtor

9 Robert J. Miller, Attorney for Bank Group

10 Steven Wilamowsky, Attorney for Noteholders

11 Gary Kaplan, Attorney for Parra Litigants

12 James E. Cross, Attorney for Official Joint Committee of Unsecured Creditors

13 Edward K. Bernatavicius, Office of U.S. Trustee

14
By      /s/ M.B. Thompson
15          Judicial Assistant

16

17

18

19

20

21

22

23

24

25

26

27

28