**THIS ORDER IS APPROVED.**

**Dated: September 09, 2010**



_____
**JAMES M. MARLAR**
**Chief Bankruptcy Judge**

_____

MESCH, CLARK & ROTHSCHILD, P.C.
259 North Meyer Avenue
Tucson, Arizona 85701
Phone: (520) 624-8886
Fax: (520) 798-1037
Email: ecfbk@mcrazlaw.com
mmcgrath@mcrazlaw.com
fpetersen@mcrazlaw.com

AND

MICHAEL W. CARMEL, LTD.
80 E. Columbus
Phoenix, Arizona 85012-2334
Phone: (602) 264-4965
Fax: (602) 277-0144
Email: michael@mcarmellaw.com
Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| In re | Chapter 11 Proceedings |
|---|---|
| BASHAS' INC., ☐<br>BASHAS' LEASECO INC., ☐<br>SPORTSMAN'S, LLC, ☐<br><br>Debtors. | No. 2:09-bk-16050-JMM<br>2:09-bk-16051-JMM<br>2:09-bk-16052-JMM<br>(Joint Administration) |
| This Filing Applies to:<br><br>☒ All Debtors<br>☐ Specified Debtors | **ORDER LIMITING NOTICE POST-CONFIRMATION/POST-EFFECTIVE DATE** |

Bashas' Inc., Bashas' Leaseco Inc., and Sportsman's, LLC (collectively the "Debtors"), filed a Motion to Limit Notice Post-Confirmation/Post-Effective Date, based on the record and good cause appearing,

**IT IS HEREBY ORDERED** authorizing the Debtors to limit notice on post-confirmation/post-effective date matters to service: (i) on notices of appearance through the Court's CM/ECF system, and (ii) on interested parties through United States mail, and (iii) to any other party who requests post-confirmation service of all matters.

**DATED AND SIGNED ABOVE.**

325643