# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | BASHAS' INC. | | |
| **Case Number:** | 2:09-BK-16050-JMM | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, DECEMBER 08, 2010 11:00 AM   6TH FLOOR #602 | | |
| **Bankruptcy Judge:** | JAMES M. MARLAR | | |
| **Courtroom Clerk:** | LUANN BELLER | | |
| **Reporter / ECR:** | JO-ANN STAWARSKI | | |

## *Matters:*

1) STATUS HEARING RE MOTION TO ALLOW LATE-FILED PROOFS OF CLAIMS FILED BY SMITH'S FOOD AND DRUG CENTERS, INC. DBA FRY'S FOOD STORES OF AMERICA.
   **R / M #:**   2,472 / 0

2) DEBTOR'S MOTION TO COMPEL MOTION TO ENFORCE TERMS OF ASSUMED LEASE (STORE NO. 170)
   **R / M #:**   2,619 / 0

3) MOTION FOR PAYMENT APPLICATION FOR ALLOWANCE AND PAYMENT OF DEFAULT INTEREST OF LENDER GROUP FILED BY BANK OF AMERICA, N.A., COMPASS BANK, WELLS FARGO BANK, N.A.
   **R / M #:**   2,596 / 0

4) MOTION TO APPROVE APPLICATION AND REQUEST FOR PAYMENT OF ADMINISTRATIVE CLAIM FILED BY FITCH PLAZA PARTNERS, LLC.
   **R / M #:**   2,499 / 0

## *Appearances:*

BRENDA MOODY WHINERY, ATTORNEY FOR BASHAS' INC., BASHAS' LEASECO, INC., SPORTSMAN'S LLC
MICHAEL W. MCGRATH, ATTORNEY FOR BASHAS' INC., BASHAS' LEASECO, INC., SPORTSMAN'S LLC
MICHAEL W. CARMEL, ATTORNEY FOR BASHAS' INC., BASHAS' LEASECO, INC., SPORTSMAN'S LLC
ROBERT A MILLER, ATTORNEY FOR LENDER GROUP
STEVEN WILAMOWSKY, ATTORNEY FOR NOTE HOLDER GROUP
CRAIG GANZ, ATTORNEY FOR WESTFEST

## Minute Entry

(continue)...    2:09-BK-16050-JMM            WEDNESDAY, DECEMBER 08, 2010 11:00 AM

*Proceedings:*

ITEM #3

Mr. McGrath addressed the issue of attorneys fees and requested that a further status hearing be set.

Mr. Miller asked that the hearing be set in early January.

COURT:  IT IS ORDERED CONTINUING THIS HEARING TO JANUARY 11, 2011 AT 10AM MST AND IF RESOLVED THE HEARING MAY BE VACATED.

ITEM #1

Ms. Whinery informed the Court that this matter has been resolved by stipulated order which was signed November 22, 2010.

COURT:  IT IS ORDERED VACATING THIS HEARING AS THE MATTER IS MOOT.

ITEM #4

Ms. Whinery stated that this has been resolved except for as to stores #64 and #105.  She asked that this hearing be continued to the January hearing date.

COURT:  IT IS ORDERED CONTINUING THIS HEARING TO JANUARY 11, 2011 AT 10AM ONLY AS TO STORES #64 AND #105.

ITEM #2

Ms. Whinery reviewed this matter which involves the property located at 75th

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
## Minute Entry

(continue)...  2:09-BK-16050-JMM   WEDNESDAY, DECEMBER 08, 2010 11:00 AM

Avenue and Thomas. She indicated that she is asking the Court to determine that the landlord's option has terminated.

Mr. Ganz responded, stating that he has filed an adversasry which spells out his position as well as the damages involved.

The Court discussed this issue with the parties as how to proceed.

COURT: IT IS ORDERED TAKING THIS MATTER UNDER ADVISEMENT.