MESCH, CLARK & ROTHSCHILD, P.C.
259 North Meyer Avenue
Tucson, Arizona 85701
Phone: (520) 624-8886
Fax: (520) 798-1037
Email: ecfbk@mcrazlaw.com
  mmcgrath@mcrazlaw.com
  fpetersen@mcrazlaw.com
  sgan@mcrazlaw.com
By: Michael McGrath, # 6019
  Scott H. Gan, #6568
  Frederick J. Petersen, #19944
  13153-2/de
Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>BASHAS' INC.<br>BASHAS' LEASECO INC.,<br>SPORTSMAN'S, LLC, | Chapter 11 Proceedings<br><br>No. 2:09-bk-16050-JMM<br>     2:09-bk-16051-JMM<br>     2:09-bk-16052-JMM<br>(Joint Administration) |
| This Filing Applies to:<br><br>☒ All Debtors<br>☐ Specified Debtors | **THIRD STIPULATED MOTION TO CONTINUE ALL DEADLINES (1) IN THE ADVERSARY PROCEEDING; AND (2) WITH RESPECT TO THE LENDER GROUP'S APPLICATION FOR ALLOWANCE AND PAYMENT OF DEFAULT INTEREST PENDING SETTLEMENT NEGOTIATIONS BETWEEN THE PARTIES** |

This Motion is submitted by the Debtors, Bashas' Inc. and Bashas' Leaseco Inc.

collectively, the "Reorganized Debtors"); and Wells Fargo Bank, N.A,[1] ("Wells Fargo"), Bank of America, N.A. ("BofA"), and Compass Bank ("Compass" and collectively, with Wells Fargo and BofA, the "Bank Group"); The Prudential Insurance Company of America, Hartford Life Insurance Company, ReliaStar Life Insurance Company, United of Omaha Life Insurance Company, Pruco Life Insurance Company, Prudential Retirement Insurance and Annuity Company, PRUCO Life Insurance Company of New Jersey, and Universal Prudential Arizona Reinsurance Company (collectively, the "Note Holders") (the Bank Group and Note Holders are collectively referred to as the "Lender Group). Hereinafter, the Bank Group, the Note Holders, and the Reorganized Debtors may be collectively referred to as the "Parties." In further support of this Stipulated Motion, the Parties submit as follows:

1. The Reorganized Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code on July 12, 2009. The bankruptcy proceedings are jointly administered under Case No. 2:09-bk-16050-JMM.

2. On July 2, 2010, 2010 Wells Fargo filed its *Complaint to Determine Extent of Liens in Art Collection* thereby commencing adversary proceeding no. 2:10-ap-01219-JMM ("Adversary Proceeding").

3. On August 13, 2010, the Court entered an Order confirming the Reorganized Debtors' *First Amended Plan of Reorganization Jointly Proposed by Debtors and the Official Committee of Unsecured Creditors* (as amended, the "Plan"). The Effective Date of the Reorganized Debtors' Plan was August 28, 2010.

4. Since the Effective Date, the Parties have been engaged in negotiations regarding various disputes including the Lender Group's claimed lien rights in this

---

[1] Wells Fargo Bank, N.A., acts herein in its capacity both as a lender and as collateral agent ("Collateral Agent") for the Bank Group and the Note Holders.

2

adversary proceeding, the yield maintenance claim asserted by the Note Holders, and the default interest and fees and expense reimbursement claims asserted by the Lender Group.

5. On August 23, 2010, this Court entered its *Trial Scheduling Order* in the Adversary Proceeding. [Adv. DE #6] Subsequently the trial was rescheduled, on the Court's motion, for a status conference on January 11, 2011. [Adv. DE #8]

6. On October 19, 2010, Plaintiff filed its *Motion for Summary Judgment* in the Adversary Proceeding. [Adv. DE #10] Reorganized Debtors' response was due on or before November 22, 2010. A hearing on the motion for summary judgment has not been scheduled, but a status conference has been set for January 11, 2011 ("MSJ Status Conference Hearing Date").

7. On October 29, 2010, the Lender Group filed its *Application for Allowance and Payment of Default Interest of Lender Group* in the administrative case [Admin. DE #2596] ("Application"). Reorganized Debtors' response was due on or before November 24, 2010. A hearing on the Application is currently scheduled for January 11, 2011 ("Application Hearing Date").

8. On November 9, 2010, Wells Fargo served its (i) First Set of Requests for Production of Documents to Reorganized Debtor Bashas' Inc.; (ii) First Set of Requests for Admission to Reorganized Debtor Bashas' Inc.; and (iii) First Set of Interrogatories to Reorganized Debtor Bashas' Inc. with respect to the Adversary Proceeding (collectively, the "Discovery"). [Adv. DE# 12] Responses to the Discovery are due on or before February 13, 2011.

9. The Parties recently began engaging in settlement discussions regarding all of the above-referenced disputes. To avoid the additional time, attorneys' fees, and administrative expenses associated with the currently scheduled deadlines and hearings, and in light of the Parties' goal of successfully completing good faith settlement negotiations in

approximately thirty days, the Parties have agreed to extend and continue the currently pending deadlines in the Adversary Proceeding and the currently pending deadlines with respect to the Application in the administrative case pursuant to the terms of this Stipulated Motion.

10. Subject only to approval by the Court, the Parties hereby stipulate and agree that all pending deadlines with respect to (i) the Adversary Proceeding; and (ii) the Application filed in the administrative case shall be extended and continued for two weeks. The continuance of the deadlines, and the treatment of the hearings shall include, without limitation, the following:

    a. <u>Response to Motion for Summary Judgment in the Adversary Proceeding</u>: The response to the Motion for Summary Judgment in the Adversary Proceeding shall be due on or before February 13, 2011.

    b. <u>Responses to the Discovery in the Adversary Proceeding</u>: Responses to the Discovery shall be due from Debtor Bashas' Inc. on or before February 13, 2011.

    c. <u>MSJ Hearing in the Adversary Proceeding</u>: The MSJ hearing in the Adversary Proceeding is not currently set, but a status hearing is scheduled for January 11, 2011.

    d. <u>Trial in the Adversary Proceeding</u>: The trial in the Adversary Proceeding is not currently set, but a status conference is scheduled for January 11, 2011. To the extent a settlement has been reached and the trial is not required, the Parties shall inform the Court that the trial may be vacated and taken off calendar.

    e. <u>Response to the Application in the Administrative Case</u>: The response to the Application shall be due on or before February 6, 2011.

    f. <u>Hearing on the Application in the Administrative Case</u>: The hearing on the Application was scheduled for December 8, 2010, and is currently scheduled for January

11, 2011.

11. The Parties believe the stipulation set forth herein is in the best interest of the Reorganized Debtors, their estates and creditors.

WHEREFORE, the Parties respectfully request that the Court enter an order approving the terms of this Stipulated Motion; and grant any other and further relief as is just and proper under the circumstances.

DATED: January  10 , 2011   MESCH, CLARK & ROTHSCHILD, P.C.


By  s/Michael McGrath, #6019
    Michael McGrath
    Scott H. Gan
    Frederick J. Petersen
    Attorneys for Debtors

BRYAN CAVE LLP


By  s/Bryce A. Suzuki
    Robert J. Miller
    Bryce A. Suzuki
    Attorneys for the Bank Group

BINGHAM MCCUTCHEN LLP


By  s/Michael McGrath   *for*
    Steven Wilamowsky
    Attorneys for the Noteholders

MICHAEL W. CARMEL, LTD.


By  s/Michael McGrath   *for*
    Michael W. Carmel
    Attorneys for Reorganized Debtors

331206